IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL FELICIANO SOLORZANO,<br>AKA MAT CARNICHI,<br><br>Defendant. | CASE NO. 1:25-MJ-00082 SKO<br><br>ORDER UNSEALING INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter be PARTIALLY UNSEALED by the filing of a redacted version of this Order removing information identifying other defendants, along with the redacted indictment attached to this Order, on the Court's docket.

.

DATED: 7/30/2025

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge

ORDER PARTIALLY UNSEALING INDICTMENT          1