FILED
Aug 05, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL FELICIANO SOLORZANO, <br><br> Defendant. | CASE NO. 1:25-MJ-00082-SKO <br><br> **ORDER GRANTING MOTION FOR STAY OF DETENTION ORDER** |

The government's motion for a stay of the Court's August 4, 2025 release order ~~by twenty-four hours~~ Until 5:00 p.m. EDT on August 5, 2025 is hereby GRANTED/~~DENIED~~.

IT IS SO ORDERED.

Dated: 8/4/25

*B. McAuliffe*

HONORABLE BARBARA A. MCAULIFFE
United States Magistrate Judge